IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-00175-REB-MEH

CEPHALON, INC., a Delaware corporation, and
CEPHALON FRANCE, a French société par actions simplifiée,

    Plaintiffs,

v.

SANDOZ INC., a Colorado corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is plaintiff's **Notice of Voluntary Dismissal Without Prejudice** [#9] filed March 29, 2010. After careful review of the notice and the file, I conclude that the notice should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiff's **Notice of Voluntary Dismissal Without Prejudice** [#9] filed March 29, 2010, is **APPROVED**; and

2. That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated March 29, 2010, at Denver, Colorado.

                      **BY THE COURT:**

                      */s/ Robert E. Blackburn*
                      Robert E. Blackburn
                      United States District Judge